Wilson *v.* Corry.

WILSON *v.* CORRY *et als.*

PAUPER OATH.  *How taken.*  When the pauper oath has been taken improperly before a justice of the peace, on appeal to this court, the party will be allowed to take the oath here.  This is analagous to the principle laid down in 11 Hum., 135, that the oath is a substitute for the bond.

MOTION TO DISMISS.

J. G. DEADERICK for complainant.

A. S. DEADERICK for defendants.

FREEMAN, J., delivered the opinion of the court.

Motion is made in this case to amend by taking a proper oath in *forma pauperis,* with another, on part of defendant in error, to dismiss.     If the first is allowed, it disposes of the other.

At last term at Jackson we held, that when the

pauper oath had been improperly taken before a justice of the peace, on appeal to this court we would allow the party to take the oath here, and thus perfect his appeal. In this we followed the case of 11 Hum., 135, that the oath was substituted for a bond, and when untrue or insufficient or defective, might be amended or supplied, as in case of defective or insufficient bond. The party can amend by taking the oath before the clerk of this court or his deputy.